# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Viet Oum,

    Plaintiff

v.

Adam Brooks, et al.,

    Defendants

Case No.: 2:23-cv-00736-JAD-VCF

**Order Denying Motions for Reconsideration**

[ECF Nos. 5, 6]

    On July 31, 2023, the magistrate judge granted Plaintiff Viet Oum's application to proceed *in forma pauperis* and ordered him to pay an initial filing fee of $38.80 toward the full $350 filing fee before his complaint will get screened.[1] Oum has since filed two motions for reconsideration, explaining that his inmate account balance is now $0, so he is unable to pay an initial filing fee, and he remains willing to make payments—just not right now.

    But the magistrate judge's decision was based on a solid analysis of financial documentation,[2] and Oum has submitted no proof of his empty account with either motion for reconsideration.[3] So I am not sufficiently persuaded that relief is necessary. IT IS THEREFORE ORDERED that Oum's motions for reconsideration **[ECF Nos. 5, 6] are DENIED** without prejudice to his ability to file another motion for reconsideration with proper documentary support.

                                      _____
                                      U.S. District Judge Jennifer A. Dorsey
                                      September 14, 2023

---

[1] ECF No. 4.

[2] *See id.*

[3] ECF Nos. 5, 6 (both of which are single-page submissions).