# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

Viet Oum,

        Plaintiff,

vs.

Adam Brooks, et al.,

        Defendants.

Case No. 2:23-cv-00736-JAD-VCF

**ORDER**

I previously ordered incarcerated pro se plaintiff Viet Oum to pay the initial partial filing fee of $38.80 toward the full $350 filing fee. ECF No. 4. Oum filed a motion for reconsideration, which the district judge denied without prejudice. ECF No. 8. I sua sponte extend plaintiff's deadline to pay the initial partial filing fee in the amount of $38.80 towards the $350 filing fee.

ACCORDINGLY,

I ORDER that Oum has until Friday, November 3, 2023 to pay an initial partial filing fee in the amount of $38.80 (toward the full $350 filing fee).

I FURTHER ORDER that the Clerk of the Court MAIL plaintiff two copies of this Order. Plaintiff must make the necessary arrangements to have one copy of this Order attached to a check in the amount of the initial partial filing fee.

I FURTHER ORDER that the rest of my previous order (ECF No. 4) remains in full force.

**<u>NOTICE</u>**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal

may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.

IT IS SO ORDERED.

DATED this 4th day of October 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE